**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DAVID D. ANDERSON,

Plaintiff,

v. Case No. 3:26-cv-03025-WWB-SJH

FLORIDA STATE PRISON, et al.,

Defendants.

---

**ORDER**

Plaintiff David D. Anderson, an inmate of the Florida penal system, initiated this action by filing a handwritten document titled “Correspondence letter.” (Doc. 1 at 1). He alleges that officers at Florida State Prison choked, beat, stabbed, and sexually assaulted him in September and October 2026, leaving him unable to see out of his left eye, and that he fears for his life. (*Id*. at 1–4). He also reports suicidal thoughts and asks the Court to “put protection on [him].” (*Id*. at 4–5). Upon receipt of Plaintiff’s filings, the Clerk docketed the Court’s Third Amended Standing Order regarding inmate claims of suicidal intent or other imminent physical harm (Doc. 3) and forwarded the standing order, along with Plaintiff’s filings, to the Inspector General for the Florida Department of Corrections and to the Warden.

To pursue his claims in a civil action, however, Plaintiff must file a proper complaint. He has not done so, nor has he provided all the information required by the court-approved civil rights complaint form. *See* M.D. Fla. R. 6.04(a) (“A pro se person in custody must use the standard form[.]”). Indeed, Plaintiff describes himself as “in process filing a future 1983 suit.” (Doc. 1 at 5). Further, he has neither paid the filing fee nor

moved to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914(a), 1915(a)(1). Therefore, this action will be dismissed without prejudice. Plaintiff may commence a new action by using the court-approved civil rights complaint form. If he does so, he must either pay the $405.00 filing fee or move to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.
2. The Clerk is directed to send Plaintiff a copy of the Court's standard civil rights complaint form.
3. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on November 19, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

JaxP-13

c:
David D. Anderson